STEARNS and others, appellants, and THE MORRIS CANAL AND BANKING COMPANY, respondent.

*Mr. R. S. Green* and *Mr. C. Parker*, for appellants.

*Mr. E. W. Runyon* and *Mr. Williamson*, for respondent.

THE CHIEF JUSTICE.

The facts out of which this controversy has arisen are fully stated in the opinion sent up with the case.    8 *C. E. Green* 414.    It is not my purpose either to restate or discuss them.

The object of the bill is to set aside a certain conveyance, so as to let in upon the land a judgment held by the respondent, the ground being that the conveyance was made in fraud of creditors.    The Chancellor, as I understand his views, granted the relief sought, from the conviction that the fraud imputed existed.    This result was arrived at, not only from the fact that a full consideration was not paid for the land in question, but from that circumstance in · connection with the other facts presented in the evidence.    In this view I entirely concur, and shall vote to affirm the decree, with costs.

The whole court concurred.

BOYCE, appellant, and BOYCE, respondent.

Decree unanimously affirmed.    Opinion of the Chancellor (8 *C. E. Green* 337) adopted as the opinion of this court.